# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMEIE PARKER, Plaintiff,

V.

LEICA MICROSYSTEMS INC.,
Defendant.

CASE N **07cv6913**
ASSIGN **JUDGE NORGLE**
**MAG. JUDGE DENLOW**
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LEICA MICROSYSTEMS INC.
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 7 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-10-07 |
| NAME OF SERVER *(PRINT)* Tyler Manic | TITLE Mr. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: CT T Corporation System, Registered Agent, 208 S. LaSalle St, Suite 814 Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Dawn Schulz

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12·10·07
           Date             Signature of Server

Address of Server: 120 S. LaSalle St., Suite 1420
Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.