U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 07-C-6913
Jameie Parker,
        Plaintiff,
v.
Leica Microsystems,
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEICA MICROSYSTEMS, INC.

| NAME (Type or print) |  |
|---|---|
| Dana S. Connell |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Dana S. Connell |  |
| FIRM |  |
| Littler Mendelson, P.C. |  |
| STREET ADDRESS |  |
| 200 North LaSalle Street - Suite 2900 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06183652 | 312-372-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |  |

## CERTIFICATE OF SERVICE

I, Amanda Helm Wright, an attorney, hereby certify that on December 31, 2007 a copy of the foregoing APPEARANCE was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

/s/   *Amanda Helm Wright*