IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMEIE PARKER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEICA MICROSYSTEMS, INC.,<br><br>　　　　　　　Defendant. | No. 07 C 6913<br><br><br>Hon. Charles R. Norgle<br>Judge Presiding<br><br>Magistrate Judge Denlow |

**STIPULATION TO DISMISS WITH PREJUDICE**

　　　　IT IS HEREBY stipulated by and between the Plaintiff, JAMEIE PARKER, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, LEICA MICROSYSTEMS, INC., by its attorney, DANA S. CONNELL of LITTLER MENDELSON, P.C., that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: April 23, 2008

| | |
|---|---|
| JAMEIE PARKER, | LEICA MICROSYSTEMS, INC., |
| By /s/ Lisa Kane | By /s/ Amanda Helm Wright (by consent) |
| LISA KANE | AMANDA HELM WRIGHT |
| LISA KANE & ASSOCIATES, P.C. | LITTLER, MENDELSON, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 120 South LaSalle Street | 200 North LaSalle Street |
| Suite 1420 | Suite 2900 |
| Chicago, Illinois 60603 | Chicago, Illinois 60601 |
| (312) 606-0383 | (312) 372-5520 |
| ATTORNEY CODE NO. 06203093 | |