IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMEIE PARKER,<br><br>                    Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS, INC.,<br><br>                    Defendant. | No. 07 C 6913<br><br><br>Hon. Charles R. Norgle<br>Judge Presiding<br><br>Magistrate Judge Denlow |

**NOTICE OF FILING**

**TO:**

    Amanda Helm Wright, Esquire
    Littler Mendelson, P.C.
    200 North LaSalle, Suite 2900
    Chicago, Illinois 60601

    Please take notice that the 23rd day of April, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                                        /s/ Lisa Kane
                                                             Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

**PROOF OF SERVICE**

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 23rd day of April, 2008, before the hour of 5:00 P.M.

                                                             /s/ Lisa Kane